**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 460 EAL 2014
:
                Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.             :
:
:
:
ALBERT JOHNSON,           :
:
                Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.